**[This opinion has been published in *Ohio Official Reports* at 87 Ohio St.3d 453.]**

THE STATE EX REL. WILLIAMS, APPELLEE AND CROSS-APPELLANT, *v*.

INDUSTRIAL COMMISSION OF OHIO, APPELLANT AND CROSS-APPELLEE;

BUCKEYE STEEL CASTINGS COMPANY, CROSS-APPELLEE.

[Cite as *State ex rel. Williams v. Indus. Comm.*, 2000-Ohio-463.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 99-907—Submitted November 16, 1999—Decided January 12, 2000.)

APPEAL and CROSS-APPEAL from the Court of Appeals for Franklin County, No.
98AP-573.

————————————

*Stewart Jaffy & Associates Co., L.P.A., Stewart R. Jaffy* and *Marc J. Jaffy*;
and *Jacob E. Pruitt*, for appellee and cross-appellant.

*Betty D. Montgomery*, Attorney General, and *Julie M. Lynch*, Assistant
Attorney General, for appellant and cross-appellee.

*Vorys, Sater, Seymour & Pease, L.L.P., J. Scott Jamieson* and *Theodore P.
Mattis*, for cross-appellee Buckeye Steel Castings Co.

————————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the
opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, COOK and LUNDBERG
STRATTON, JJ., concur.

PFEIFER, J., dissents and would reverse the judgment of the court of appeals.

————————————